IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 14 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

BONITA HUNT,

    Plaintiff,

v.

Civil Action
1:09-cv-3137 AT

LaRuth Holloway, in her
Individual and official capacity;
Sabra Leblanc, in her individual
and official capacity; Geoffrey
Parker, in his individual and
official capacity; Jim Balinger, in his
indivialal capacity,

    Defendants.

## Motion to Reconsider Order

Now, comes Plaintiff Bonita Hunt and ask that the court reconsider order to dismiss Plaintiffs case. There are several motions that the plaintiff filed with the court asking the court to deny Defendants motion to dismiss. The court has yet to rule on either motion because they were waiting on a ruling from the 11th Circuit Court of Appeals.

Also, Plaintiff ask the court to reconsider Plaintiff previous motions in response to the court dismissing plaintiff's case against the ~~Ga~~ Georgia DCA

As stated in my previous motions there was an error in the last date that discrimination occurred. The case against the State of Georgia was dismissed on a technicality. It is a fact which the Defendants have also stated in their filings with the court that Nov. 2007 another reasonable accommodation request was made to the Georgia Department of Community Affairs. Therefore, the statue of limitations had not expired. I am asking that the court allow me to move forward with the complaint that I filed against Georgia Department of Community Affairs because it is a fact that the statue of limitations had not expired. As stated in Title 28 U.S.C. section 1915, a Pro Se litigant should not be held to same stringent standard as an attorney. It was a technicality and the defendants should not be allowed to prevail on a technicality.

Respectfully Submitted this 14th of Nov. 2011

Bonita Hunt
Pro Se

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Bonita Hunt
PO Box 90007
East Point, GA   30364
770-771-2941

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed the MOTION FOR RECONSIDERATION to counsel of record using United States Postal Service, postage prepaid, the document to the following:

Laura L. Lones
Assistant Attorney General
State Law Department
40 Capitol Square, S.W.
Atlanta, GA  30334
PH:  404-463-8850
Fax 404-651-5304

Respectfully submitted this 14th day of Nov. 2011,

Bonita Hunt
Pro Se

Please Address all
Communications to:

Bonita Hunt
PO Box 90007
East Point, GA  30364
770-771-2941